# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | Case No. 1:13-cv-01479-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | FIFTEEN-DAY DEADLINE |
| Defendants. | |

On September 13, 2013, Plaintiff filed what was construed as a civil rights complaint. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee.

Within **fifteen (15) days** from the date of service of this order, Plaintiff shall file an application to proceed in forma pauperis or pay the $400.00 filing fee in full. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 18, 2013**              /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE