# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | Case No. 1:13-cv-01479-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | FIFTEEN-DAY DEADLINE |
| Defendants. | |
| _____/ | |

On September 13, 2013, Plaintiff filed what was construed as a civil rights complaint. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee.

Within **fifteen (15) days** from the date of service of this order, Plaintiff shall file an application to proceed in forma pauperis or pay the $400.00 filing fee in full. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **September 18, 2013**            **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28