# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | Case No. 1:13-cv-01479-LJO-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 2) |
| Defendants. | |

Plaintiff Young Yil Jo, who is being held in Etowah County Jail in Garsden, Alabama, filed this civil rights action pro se on September 13, 2013. On September 18, 2013, the Court issued an order requiring Plaintiff to either pay the $400.00 filing fee or file an application to proceed in forma pauperis, within thirty days. Although Plaintiff filed a response to the order on September 30, 2013, the response was non-compliant and unintelligible.

Plaintiff was warned that dismissal would occur if he failed to obey the order, and a civil action may not proceed absent payment of the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3, 11(a). Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

///
///
///

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **November 13, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE